**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.



11-20853 CR-COOKE

21 U.S.C. § 963
18 U.S.C. § 1956(h)
21 U.S.C. § 853
18 U.S.C. § 982

Sealed

FILED by _____ D.C.

DEC 15 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**CRISTOBAL GALEANO MURCIA,**
      a/k/a "Cristo,"
      a/k/a "Don Cristo,"
      a/k/a "Don Cristobal,"
      a/k/a "Mi Señor,"
      a/k/a "El Señor,"
**JOHN JAIRO GALEANO RAMIREZ,**
      a/k/a "Califa,"
      a/k/a " Flaco,"
      a/k/a "Mi Seño,"
      a/k/a "Fabian,"
      a/k/a "Valeria,
      a/k/a "Juliana,"
      a/k/a "Jhonga,
**MELESIO GALEANO MURCIA,**
      a/k/a "Don Mele,"
      a/k/a "Hermano Bolivariano,"
      a/k/a "Bolivariano,"
**LUIS ALFREDO GALEANO MURCIA,**
      a/k/a "Alfredo,"
**FAUSTO CRISTOBAL GALEANO PAEZ,**
      a/k/a "Faustino,"
      a/k/a "Fas,"
**DELIO FRANCISCO MEDINA BUITRAGO,**
      a/k/a "Papo,"
**JOHN JAIRO BENITO GARZON,**
      a/k/a "El Doctor,"
      a/k/a "Mi Doctor,"
**URIAS AUGUSTO CORREDOR CARDENAS,**
      a/k/a "Corre,"
**BELISARIO GUTIERREZ ROJAS,**
      a/k/a "Mono,"

JOSE ALVARO PALENCIA ORTIZ,
       a/k/a "Trejos,"
FELIX ANTONIO BELTRAN PINZON,
MAGDA PATRICIA LEON DE LADINO,
       a/k/a "Doña Pato,"
       a/k/a "Doña Patricia,"
       a/k/a "La Señora,"
FELIX ANDRES MARTINEZ MORENO,
       a/k/a "Felix Junior,"
       a/k/a "Felix Jr.,"
       a/k/a "Jr.,"
JOSE NOLBERTO MEJIA CORTES,
       a/k/a "Sancocho,"
LUIS ALFONSO RUBIANO RAMOS,
       a/k/a "Alfonso,"
FREDY ALEXANDER CLAVIJO CLAVIJO,
       a/k/a "Fredy Gil,"
       a/k/a "Chino,"
CRISTIAN JAINOVER SALCEDO SUAREZ,
       a/k/a "Paisano,"
       a/k/a "Oji Verde,"
OSCAR JULIAN PARRADO LOPEZ,
       a/k/a "Panita,"
ALONSO BUITRAGO PRIETO,
       a/k/a "Flaco,"
BETUEL FERNANDO QUINTERO PUERTO,
       a/k/a "Flaco,"
OSCAR GARCIA,
       a/k/a "Primo,"
JUAN CARLOS LOPEZ MACIAS,
       a/k/a " El Grande,"
       a/k/a "Victor,"
ALEXANDER TRUJILLO TRUJILLO,
       a/k/a "Gugu,"
POLICARPO HERRERA RODRIGUEZ,
       a/k/a "Polito,"
       a/k/a "Polo,"
ARLES SANCHEZ PAZ,
       a/k/a "La Muchacha,"
       a/k/a "Peladito,"
       a/k/a "Empanada,"
       a/k/a "El Borachito,"
JORGE CESPEDES MELO,
       a/k/a "Jorgito,"

2

JAVIER BOSSA BUENO,
    a/k/a "Bossa,"
    a/k/a "Mecs,"
    a/k/a "Mex,"
DAVID FERNANDO CARDONA RAMOS,
JOSE EDUARDO CASTRO LEON,
    a/k/a "Flaco,"
DIANA CAROLINA BENAVIDES ATEHORTUA,
    a/k/a "Carolina,"
ALEXANDER BAHAMON HERNANDEZ,
    a/k/a "Willi,"
    a/k/a "Alambrito,"
    a/k/a "Alambre,"
ORLANDO OSORIO GODOY,
    a/k/a "Samuel,"
    a/k/a "Canoso,"
    a/k/a "Chelo,"
JUAN CARLOS OSORIO GODOY,
    a/k/a "Pipe"
LUIS RICARDO MARIN LINDO,
    a/k/a "Ricardo,"
    a/k/a "Gordo,"
JUAN CARLOS ARBELAEZ ESTRADA,
    a/k/a "Juancho,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at least as early as in or around March 2011, the exact date being unknown to the

Grand Jury, and continuing until the date of the return of the Indictment, in the countries of

Colombia, Venezuela, Honduras, Dominican Republic and elsewhere, the defendants,

CRISTOBAL GALEANO MURCIA,
    a/k/a "Cristo,"
    a/k/a "Don Cristo,
    a/k/a "Don Cristobal,
    a/k/a "Mi Señor,"

3

a/k/a "El Señor,"
**JOHN JAIRO GALEANO RAMIREZ,**
a/k/a "Califa,"
a/k/a " Flaco,"
a/k/a "Mi Seño,"
a/k/a "Fabian,"
a/k/a "Valeria,
a/k/a "Juliana,"
a/k/a "Jhonga,
**MELESIO GALEANO MURCIA,**
a/k/a "Don Mele,"
a/k/a "Hermano Bolivariano,"
a/k/a "Bolivariano,"
**LUIS ALFREDO GALEANO MURCIA,**
a/k/a "Alfredo,"
**FAUSTO CRISTOBAL GALEANO PAEZ,**
a/k/a "Faustino,"
a/k/a "Fas,"
**DELIO FRANCISCO MEDINA BUITRAGO,**
a/k/a "Papo,"
**JOHN JAIRO BENITO GARZON,**
a/k/a "El Doctor,"
a/k/a "Mi Doctor,"
**URIAS AUGUSTO CORREDOR CARDENAS,**
a/k/a "Corre,"
**BELISARIO GUTIERREZ ROJAS,**
a/k/a "Mono,"
**JOSE ALVARO PALENCIA ORTIZ,**
a/k/a "Trejos,"
**FELIX ANTONIO BELTRAN PINZON,**
**MAGDA PATRICIA LEON DE LADINO,**
a/k/a "Doña Pato,"
a/k/a "Doña Patricia,"
a/k/a "La Señora,"
**FELIX ANDRES MARTINEZ MORENO,**
a/k/a "Felix Junior,"
a/k/a "Felix Jr.,"
a/k/a "Jr.,"
**JOSE NOLBERTO MEJIA CORTES,**
a/k/a "Sancocho,"
**LUIS ALFONSO RUBIANO RAMOS,**
a/k/a "Alfonso,"
**FREDY ALEXANDER CLAVIJO CLAVIJO,**
a/k/a "Fredy Gil,"
a/k/a "Chino,"

4

**CRISTIAN JAINOVER SALCEDO SUAREZ,**
a/k/a "Paisano,"
a/k/a "Oji Verde,"
**OSCAR JULIAN PARRADO LOPEZ,**
a/k/a "Panita,"
**ALONSO BUITRAGO PRIETO,**
a/k/a "Flaco,"
**BUETEL FERNANDO QUINTERO PUERTO,**
a/k/a "Flaco,"
**OSCAR GARCIA,**
a/k/a "Primo,"
**JUAN CARLOS LOPEZ MACIAS,**
a/k/a " El Grande,"
a/k/a "Victor,"
**ALEXANDER TRUJILLO TRUJILLO,**
a/k/a "Gugu,"
**POLICARPO HERRERA RODRIGUEZ,**
a/k/a "Polito,"
a/k/a "Polo,"
**ARLES SANCHEZ PAZ,**
a/k/a "La Muchacha,"
a/k/a "Peladito,"
a/k/a "Empanada,"
a/k/a "El Borachito,"
**JORGE CESPEDES MELO,**
a/k/a "Jorgito,"
**JAVIER BOSSA BUENO,**
a/k/a "Bossa,"
a/k/a "Mecs,"
a/k/a "Mex,"
**DAVID FERNANDO CARDONA RAMOS,**
**JOSE EDUARDO CASTRO LEON,**
a/k/a "Flaco,"
**and**
**DIANA CAROLINA BENAVIDES ATEHORTUA,**
a/k/a "Carolina,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and

with other persons, both known and unknown to the Grand Jury, to manufacture and distribute a

controlled substance in Schedule II, knowing that such substance would be unlawfully imported

5

into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning at least as early as in or around March 2011, the exact date being unknown to the Grand Jury, and continuing until the date of the return of the indictment, in Miami Dade County in the Southern District of Florida, and elsewhere, the defendants,

**CRISTOBAL GALEANO MURCIA,**
a/k/a "Cristo,"
a/k/a "Don Cristo,
a/k/a "Don Cristobal,
a/k/a "Mi Señor,"
a/k/a "El Señor,"
**JOHN JAIRO GALEANO RAMIREZ,**
a/k/a "Califa,"
a/k/a " Flaco,"
a/k/a "Mi Seño,"
a/k/a "Fabian,"
a/k/a "Valeria,
a/k/a "Juliana,"
a/k/a "Jhonga,
**MELESIO GALEANO MURCIA,**
a/k/a "Don Mele,"
a/k/a "Hermano Bolivariano,"
a/k/a "Bolivariano,"
**LUIS ALFREDO GALEANO MURCIA,**
a/k/a "Alfredo,"
**FAUSTO CRISTOBAL GALEANO PAEZ,**
a/k/a "Faustino,"
a/k/a "Fas,"
**JOSE EDUARDO CASTRO LEON,**
a/k/a "Flaco,"
**DIANA CAROLINA BENAVIDES ATEHORTUA,**
a/k/a "Carolina,"

ALEXANDER BAHAMON HERNANDEZ,
a/k/a "Willi,"
a/k/a "Alambrito,"
a/k/a "Alambre,"
ORLANDO OSORIO GODOY,
a/k/a "Samuel,"
a/k/a "Canoso,"
a/k/a "Chelo,"
JUAN CARLOS OSORIO GODOY,
a/k/a "Pipe"
LUIS RICARDO MARIN LINDO,
a/k/a "Ricardo,"
a/k/a "Gordo,"
and
JUAN CARLOS ARBELAEZ ESTRADA,
a/k/a "Juancho,"

did knowingly combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Sections 1956 and 1957, namely:

(a)     to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(b)     to knowingly engage in a monetary transaction affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 and which is derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is the felonious importation, exportation, receiving, concealing, buying, selling, and otherwise dealing in a controlled

7

substance, punishable under the laws of the United States, Colombia and Venezuela.

All in violation of Title 18, United States Code, Section 1956(h).

## CRIMINAL FORFEITURE

1.     The allegations of Counts 1 through 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2.     Upon conviction of the violations alleged in Counts 1 and 2 of this indictment, the defendants shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following: The sum of four billion dollars ($4,000,000,000.00) in United States currency.

3.     If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendants,

        (a)     cannot be located upon the exercise of due diligence;

        (b)     has been transferred or sold to, or deposited with, a third person;

        (c)     has been placed beyond the jurisdiction of the Court;

        (d)     has been substantially diminished in value; or

        (e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(c), 982(a)(1) and 982(b) and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

CRISTOBAL GALEANO MURCIA, et al.,

Defendants.

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)     Yes _____   No _____

Number of New Defendants          _____

Total number of counts             _____

**Court Division**: (Select One)

| | | |
|---|---|---|
| **X**  Miami | _____  Key West | |
| _____  FTL | _____  WPB | _____  FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)       **YES**
     List language and/or dialect       **SPANISH**

4.   This case will take     **15**     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0  to  5 days | _____ | Petty | _____ | |
| II | 6  to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | **X** | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | **X** | |
| V | 61 days and over | | | | |

6.   Has this case been previously filed in this District Court? (Yes or No)      **NO**

If yes:
Judge: _____       Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      **NO**
If yes:
Magistrate Case No.                       _____
Related Miscellaneous numbers:            _____
Defendant(s) in federal custody as of     _____
Defendant(s) in state custody as of       _____
Rule 20 from the _____       District of _____

Is this a potential death penalty case? (Yes or No)   **NO**

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  _____  Yes   **X**  No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____  Yes   **X**  No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **CRISTOBAL GALEANO MURCIA, a/k/a "Cristo," a/k/a "Don Cristo," a/k/a "Don Cristobal," a/k/a "Mi Señor," a/k/a "El Señor"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **JOHN JAIRO GALEANO RAMIREZ, a/k/a "Califa," a/k/a "Flaco," "Mi Seño," a/k/a "Fabian," a/k/a "Valeria," "Juliana," a/k/a "Jhonga"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **MELESIO GALEANO MURCIA, a/k/a "Don Mele," a/k/a "Hermano Bolivariano," a/k/a "Bolivariano"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **LUIS ALFREDO GALEANO MURCIA, a/k/a "Alfredo"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   FAUSTO CRISTOBAL GALEANO PAEZ, a/k/a "Faustino,"
a/k/a "Fas"

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**   <u>**DELIO FRANCISCO MEDINA BUITRAGO, a/k/a "Papo"**</u>

**Case No:** _____

Count  #: 1

<u>Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge</u>

<u>that such cocaine will be unlawfully imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   **JOHN JAIRO BENITO GARZON, a/k/a "El Doctor," a/k/a "Mi "Doctor"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:   <u>URIAS AUGUSTO CORREDOR CARDENAS, a/k/a "Corre"</u>

**Case No**: _____

Count  #: 1

 <u>Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge</u>

 <u>that such cocaine will be unlawfully imported into the United States</u>

 <u>Title 21, United States Code, Section 963</u>

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:__ BELISARIO GUTIERREZ ROJAS, a/k/a "Mono"**

**Case No**: _____

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   **JOSE ALVARO PALENCIA ORTIZ, a/k/a "Trejos"**

**Case No**:

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **FELIX ANTONIO BELTRAN PINZON**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  MAGDA PATRICIA LEON DE LADINO, a/k/a "Doña Pato, " a/k/a "Doña Patricia," a/k/a "La Señora"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:  Life Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **FELIX ANDRES MARTINEZ MORENO, a/k/a "Felix Junior," a/k/a "Felix Jr.," "Jr."**

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **JOSE NOLBERTO MEJIA CORTES, a/k/a "Sancocho"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **LUIS ALFONSO RUBIANO RAMOS, a/k/a "Alfonso"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **FREDY ALEXANDER CLAVIJO CLAVIJO, a/k/a "Fredy Gil,"**
                       **a/k/a "Chino"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  CRISTIAN JAINOVER SALCEDO SUAREZ, a/k/a "Paisano,"**
                        **a/k/a "Oji Verde"**

**Case No**: _____

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   OSCAR JULIAN PARRADO LOPEZ, a/k/a "Panita"**

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  ALONSO BUITRAGO PRIETO, a/k/a "Flaco"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **BETUEL FERNANDO QUINTERO PUERTO, a/k/a "Flaco"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **OSCAR GARCIA, a/k/a "Primo"**

**Case No**:

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   JUAN CARLOS LOPEZ MACIAS, a/k/a "El Grande," a/k/a Victor"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **ALEXANDER TRUJILLO TRUJILLO, a/k/a "Gugu"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>**POLICARPO HERRERA RODRIGUEZ, a/k/a "Polito," a/k/a "Polo"**</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge</u>

<u>that such cocaine will be unlawfully imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\* Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **ARLES SANCHEZ PAZ, a/k/a "La Muchacha," a/k/a "Peladito,"**
**a/k/a "Empanada," a/k/a "El Borachito"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   **JORGE CESPEDES MELO a/k/a "Jorgito"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:   JAVIER BOSSA BUENO, a/k/a "Bossa," a/k/a "Mecs," a/k/a "Mex"**

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **DAVID FERNANDO CARDONA RAMOS**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   JOSE EDUARDO CASTRO LEON, a/k/a "Flaco"**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   **DIANA CAROLINA BENAVIDES ATEHORTUA, a/k/a "Carolina"**

Case No: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**   **ALEXANDER BAHAMON HERNANDEZ, a/k/a "Willi,"a/k/a**                          **"Alambrito," a/k/a Alambre"**

**Case No:** _____

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**   **ORLANDO OSORIO GODOY, a/k/a "Samuel," a/k/a "Canoso," a/k/a "Chelo"**

**Case No:** _____

Count #: 2

  Conspiracy to commit money laundering

  Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   JUAN CARLOS OSORIO GODOY, a/k/a "Pipe"**

**Case No**: _____

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:   **LUIS RICARDO MARIN LINDO, a/k/a "Ricardo," a/k/a "Gordo"**

**Case No**: _____

Count #: 2

 Conspiracy to commit money laundering

 Title 18, United States Code, Section 1956(h)

* **Max.Penalty**:  Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   JUAN CARLOS ARBELAEZ ESTRADA, a/k/a Juancho"**

**Case No:** _____

Count #: 2

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty:**   Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**